UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:
RENE R. ORTIZ, DOUGLAS LYNN LINDSEY and
BETTY JANE LINDSEY, and VALERIE JONES,
    Debtors.

RENE R. ORTIZ, et al.,
    Plaintiffs,

v.

AURORA HEALTH CARE, INC.    Case No. 12-C-0295
    Defendant.

KATHY BEMBENEK, et al.,
    Plaintiffs,

v.

AURORA HEALTH CARE, INC.,
    Defendant.

---

## ORDER

On August 21, 2012, I issued an order denying Aurora's motion for summary judgment. Aurora has filed a petition asking that I certify that order for purposes of an interlocutory appeal under 28 U.S.C. § 1292(b). However, I am not of the opinion that such order involves a controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. Therefore, Aurora's request is **DENIED**.

Dated at Milwaukee, Wisconsin, this 19th day of December, 2012.

                        s/ Lynn Adelman

                        LYNN ADELMAN
                        District Judge