# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
**RENE R. ORTIZ, DOUGLAS LYNN LINDSEY and BETTY JANE LINDSEY, and VALERIE JONES,**

    **Debtors.**

**RENE R. ORTIZ, et al.,**

    **Plaintiffs,**

  v.

**AURORA HEALTH CARE, INC.**

    **Defendant.**

**KATHY BEMBENEK, et al.,**

    **Plaintiffs,**

  v.

**AURORA HEALTH CARE, INC.,**

    **Defendant.**

Case No. 12-C-0295

## STIPULATION

The parties, by their undersigned counsel, hereby stipulate and agree that the summary notice attached as Exhibit 1 should be used for the notice publication specified in paragraph 17(b) of the parties' Settlement Agreement. [Dkt. 21; Ex. 1.]

Dated this 31st day of May, 2013.

/s/ Michael J. Watton/s/ Bartholomew F. Reuter
Michael J. WattonBartholomew F. Reuter
WATTON LAW GROUPFOLEY & LARDNER LLP
700 North Water Street777 East Wisconsin Avenue
Milwaukee, WI 53202-4206Milwaukee, WI 53202-5306
414.273.6858414.271.2400
414.273.6894 (facsimile)414.297.4900 (facsimile)
Class CounselAttorneys for Aurora Health Care, Inc.